UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HECTOR ESPINOZA, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:05-CV-0944-G |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:97-CR-257(02)-G |
| Respondent. | ) | |

### ORDER

After reviewing the petitioner's objections to the findings, conclusions, and recommendation ("findings") of the United States Magistrate Judge and conducting a *de novo* review of those parts of the findings to which objections have been made, I am of the opinion that the findings of the magistrate judge are correct and they are hereby accepted as the findings of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**.

October 11, 2005.

_____
A. JOE FISH
CHIEF JUDGE